JOHN RICHARDS *v.* WESLEY COFER ET AL.

**Alteration of Instruments—Bills and Notes—Release of Maker.**
> Adding the words "interest from the date" to a note after signature and delivery, and without the knowledge or authority of the maker, constitutes such an alteration as will release the maker from the whole amount of the debt.

APPEAL FROM HARDIN CIRCUIT COURT.

January 23, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

It appears satisfactorily that $700 was the amount loaned, and that the note for $770 was given for the loan and ten *per cent.* on it for a year. It also appears that, when signed by the appellee as surety, the note was complete for $770 at the end of one year, without any blank. And it also appears that the words, *"interest from the date,"* were added by the creditor, after the full execution and delivery of the note, and without the authority of the appellee.

The legal conclusion is that this material alteration destroyed the appellee's obligation to pay any portion of the note.

Wherefore, the judgment of the Circuit Court to that effect was right, and is therefore affirmed.

*Wilson, for appellant.*

*Cofer, for appellee.*